UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-513 (SHS) |
| -v- | : | ORDER |
| LUIS FEDOR and RAYMOND CASTILLO, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the sentencings of Luis Fedor and Raymond Castillo are adjourned to November 3, 2022, at 4:00 p.m. and 4:30 p.m., respectively.

Dated: New York, New York
       September 2, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.