UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-513 (SHS) |
| -v- | : | ORDER |
| LUIS FEDOR and RAYMOND CASTILLO, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the sentencing dates for Raymond Castillo and Luis Fedor are adjourned to November 17, 2022, Mr. Castillo at 11:00 a.m. and Mr. Fedor at 11:30 a.m.

Dated: New York, New York
       November 7, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.