UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA, : 17-Cr-513 (SHS)

    -against- :

LUIS FEDOR, : <u>ORDER</u>

         Defendant. :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference in Courtroom 23A on Tuesday, August 20, 2024, regarding defendant's violation of supervised release.

Dated: New York, New York
       August 6, 2024

                                                        SO ORDERED:

                                                        Sidney H. Stein, U.S.D.J.