UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA,  : 17-Cr-513 (SHS)

      -against- :

LUIS FEDOR, : <u>ORDER</u>

      Defendant. :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A conference having been held today regarding defendant's violation of supervised release,

    IT IS HEREBY ORDERED that:

    1.    The Court denies defendant's application for bail for the reasons as set forth on the record;

    2.    The Court makes a recommendation to the Bureau of Prisons as follows: that defendant be moved either to the East Wing of the MDC, or to another facility run by the BOP, to ensure defendant's safety; and

    3.    The hearing on the violation of supervised release will be held on September 12, 2024, at 2:00 p.m. in Courtroom 23A.

Dated: New York, New York
       August 20, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.